IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRI ELVORD,

    Plaintiff,

v.

DAVID FLESCH, M. BLANTON, JOHN
DUDGEON and TERI BLANEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-518-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered remanding the state cases to the Circuit Court for Dane County, Wisconsin.

_____      12/30/09
Peter Oppeneer, Clerk of Court     Date